# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHAVIRA,<br><br>   Plaintiff,<br><br> v.<br><br>BETH OH,<br><br>   Defendant. | Case No. 2:23-cv-04051-DOC-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Summary Judgment, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court has considered Plaintiff's Opposition to Magistrate Judge's Findings and Recommendations (the "Objections") and conducted a *de novo* review of those portions of the Report and Recommendation to which Plaintiff objected. Having conducted a *de novo* review, Plaintiff's Objections do not cause this Court to alter or modify the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

  IT IS ORDERED that Defendant's Motion for Summary Judgment is

1 | GRANTED and this action is DISMISSED WITH PREJUDICE.

3 |     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
4 | the Judgment herein on Plaintiff at his current address of record, as well as all
5 | defendants who have appeared in the action.

7 |     LET JUDGMENT BE ENTERED ACCORDINGLY.

9 | DATED: July 28, 2025

*[signature: David O. Carter]*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE