JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHAVIRA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BETH OH,<br><br>　　　　Defendant. | Case No. 2:23-cv-04051-DOC-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 28, 2025

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE